UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CR-80052-RAR

**UNITED STATES OF AMERICA**,

v.

**LAUREN ROSECAN,**

    Defendant.
_____/

## ORDER DENYING MOTION TO STAY PENDING EXPEDITED APPEAL

**THIS CAUSE** comes before the Court upon Defendant's Motion to Stay Pending Expedited Appeal [ECF No. 52], filed on March 30, 2021.  Defendant seeks a stay of this case on the basis that he has filed an interlocutory appeal of the Court's denial of his Motion to Dismiss [ECF No. 49], where the Court held that the information filed by the Government was sufficient to begin the prosecution within the statute of limitations period even though it was not accompanied by a waiver of indictment.  Defendant maintains that "the principles applicable to review under the collateral order doctrine support interlocutory review in the circumstances of this case."  Reply ¶ 7.

However, Defendant's effort to recast his statute-of-limitations claim as a double jeopardy one is unavailing, and "[i]t is well settled law that an order denying a motion to dismiss an indictment on statute of limitations grounds is not immediately appealable under the collateral order doctrine."  *United States v. Pi*, 174 F.3d 745, 750 (6th Cir. 1999).  The Court is therefore unpersuaded that a stay of this matter pending Defendant's appeal is warranted.  Accordingly, it is

**ORDERED AND ADJUDGED** that Defendant's Motion [ECF No. 52] is **DENIED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 16th day of April, 2021.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**