UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-80052-CR-RUIZ(s)

UNITED STATES OF AMERICA )
)
v. )
)
LAUREN ROSECAN, )
)
Defendant. )
_____ )

## VERDICT

### Count 1

We, the Jury, find the Defendant, Lauren Rosecan, as to Count 1 of the Indictment, health care fraud in violation of 18 U.S.C. § 1347:

_____ Guilty        \_\_✓\_\_\_\_ Not Guilty

### Count 2

We, the Jury, find the Defendant, Lauren Rosecan, as to Count 2 of the Indictment, health care fraud in violation of 18 U.S.C. § 1347:

_____ Guilty        \_\_✓\_\_\_\_ Not Guilty

### Count 3

We, the Jury, find the Defendant, Lauren Rosecan, as to Count 3 of the Indictment, health care fraud in violation of 18 U.S.C. § 1347:

_____ Guilty        \_\_✓\_\_\_\_ Not Guilty

**Count 4**

We, the Jury, find the Defendant, Lauren Rosecan, as to Count 4 of the Indictment, health care fraud in violation of 18 U.S.C. § 1347:

_____ Guilty   \_\_\_✓\_\_\_ Not Guilty

**Count 5**

We, the Jury, find the Defendant, Lauren Rosecan, as to Count 5 of the Indictment, health care fraud in violation of 18 U.S.C. § 1347:

_____ Guilty   \_\_\_✓\_\_\_ Not Guilty

**Count 6**

We, the Jury, find the Defendant, Lauren Rosecan, as to Count 6 of the Indictment, health care fraud in violation of 18 U.S.C. § 1347:

_____ Guilty   \_\_\_✓\_\_\_ Not Guilty

**Count 7**

We, the Jury, find the Defendant, Lauren Rosecan, as to Count 7 of the Indictment, health care fraud in violation of 18 U.S.C. § 1347:

_____ Guilty   \_\_\_✓\_\_\_ Not Guilty

**Count 8**

We, the Jury, find the Defendant, Lauren Rosecan, as to Count 8 of the Indictment, health care fraud in violation of 18 U.S.C. § 1347:

_____ Guilty   \_\_\_✓\_\_\_ Not Guilty

**Count 9**

We, the Jury, find the Defendant, Lauren Rosecan, as to Count 9 of the Indictment, health care fraud in violation of 18 U.S.C. § 1347:

_____ Guilty     ✓ Not Guilty

**Count 10**

We, the Jury, find the Defendant, Lauren Rosecan, as to Count 10 of the Indictment, health care fraud in violation of 18 U.S.C. § 1347:

_____ Guilty     ✓ Not Guilty

**Count 11**

We, the Jury, find the Defendant, Lauren Rosecan, as to Count 11 of the Indictment, health care fraud in violation of 18 U.S.C. § 1347:

_____ Guilty     ✓ Not Guilty

**Count 12**

We, the Jury, find the Defendant, Lauren Rosecan, as to Count 12 of the Indictment, health care fraud in violation of 18 U.S.C. § 1347:

_____ Guilty     ✓ Not Guilty

**Count 13**

We, the Jury, find the Defendant, Lauren Rosecan, as to Count 13 of the Indictment, health care fraud in violation of 18 U.S.C. § 1347:

_____ Guilty     ✓ Not Guilty

**Count 14**

We, the Jury, find the Defendant, Lauren Rosecan, as to Count 14 of the Indictment, health care fraud in violation of 18 U.S.C. § 1347:

_____ Guilty     \_\_✓\_\_\_\_ Not Guilty

**Count 15**

We, the Jury, find the Defendant, Lauren Rosecan, as to Count 15 of the Indictment, false statement in a health care matter in violation of 18 U.S.C. § 1035:

_____ Guilty     \_\_✓\_\_\_\_ Not Guilty

**Count 16**

We, the Jury, find the Defendant, Lauren Rosecan, as to Count 16 of the Indictment, false statement in a health care matter in violation of 18 U.S.C. § 1035:

_____ Guilty     \_\_✓\_\_\_\_ Not Guilty

**Count 17**

We, the Jury, find the Defendant, Lauren Rosecan, as to Count 17 of the Indictment, false statement in a health care matter in violation of 18 U.S.C. § 1035:

_____ Guilty     \_\_✓\_\_\_\_ Not Guilty

**Count 18**

We, the Jury, find the Defendant, Lauren Rosecan, as to Count 18 of the Indictment, false statement in a health care matter in violation of 18 U.S.C. § 1035:

_____ Guilty     \_\_✓\_\_\_\_ Not Guilty

## Count 19

We, the Jury, find the Defendant, Lauren Rosecan, as to Count 19 of the Indictment, false statement in a health care matter in violation of 18 U.S.C. § 1035:

_____ Guilty          ____✓____ Not Guilty

## Count 20

We, the Jury, find the Defendant, Lauren Rosecan, as to Count 20 of the Indictment, false statement in a health care matter in violation of 18 U.S.C. § 1035:

_____ Guilty          ____✓____ Not Guilty

## Count 21

We, the Jury, find the Defendant, Lauren Rosecan, as to Count 21 of the Indictment, false statement in a health care matter in violation of 18 U.S.C. § 1035:

_____ Guilty          ____✓____ Not Guilty

## Count 22

We, the Jury, find the Defendant, Lauren Rosecan, as to Count 22 of the Indictment, false statement in a health care matter in violation of 18 U.S.C. § 1035:

_____ Guilty          ____✓____ Not Guilty

SO SAY WE ALL, this __2__ day of June, 2022.

_____

Foreperson – Sign and Print Name